**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Shannon M. Lutz | : | |
| Debtor | : | Bankruptcy No. 22-10339amc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 14, 2022 and after hearing of March 30, 2022 at which Debtor or her Counsel failed to appear, this case is hereby DISMISSED.

**Date: March 30, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
　　　　　　　Chapter 13 Plan

bfmisdoc